IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY CASILLAS

    Plaintiff,

vs.                                                     No. CV 17-1251 KG/CG

SGT. JARED WESTERFIELD, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff's *Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915*, (Doc. 2), filed December 20, 2017. Plaintiff's Motion to proceed is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency by **January 25, 2018**, may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff must cure the deficiency designated above by submitting the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing by **January 25, 2018**. Plaintiff must include the civil action number (CV 17-1251 KG/CG) on all papers that he files in this proceeding.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE